IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY STILES, | | |
| | Plaintiff, | No. CIV S-07-1972 DAD |
| v. | | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | | ORDER |
| | Defendant. | |
| _____/ | | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

/////

1        4. Within fifteen days from the date of this order, plaintiff shall submit to the United
2 States Marshal a completed summons, four copies of the complaint, and a copy of the scheduling order.
3 Thereafter, plaintiff shall file a statement with the court advising the date upon which said documents
4 were submitted to the United States Marshal.

5        5. The United States Marshal is directed to serve all process without prepayment of
6 costs not later than sixty days from the date of this order.  Service of process shall be completed by
7 delivering a copy of the summons and complaint to the United States Attorney for the Eastern District
8 of California, and by sending a copy of the summons and complaint by registered or certified mail to
9 the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).
10 The United States Marshal shall also send a copy of the summons and complaint by registered or
11 certified mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security
12 Boulevard, Room 611, Altmeyer Building, Baltimore, MD 21235.  See Fed. R. Civ. P. 4(i)(2).
13 DATED: September 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17 DAD:lg
ddad1/orders.socsec/stiles1972.ifp

2